UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Donald G Walker : CASE NO: 16-52171
      Christy L Walker
: CHAPTER 13

: JUDGE: C KATHRYN PRESTON

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---:|---:|---:|---|
| 00001 | Ally Financial<br>Payment Processing Center<br>PO Box 78367<br>Phoenix, AZ 85062-8367 | 10,200.00 | 100.00 % | 5.00 % | Secured-506 |
| 10001 | Ally Financial<br>Payment Processing Center<br>PO Box 78367<br>Phoenix, AZ 85062-8367 | 576.96 | 0.00 % | 0.00 % | Unsecured |
| 00003 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 871.43 | 100.00 % | 0.00 % | Priority |
| 00035 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 47.41 | 0.00 % | 0.00 % | Unsecured |
| 00005 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 2,291.92 | 0.00 % | 0.00 % | Unsecured |
| 00006 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 1,037.24 | 0.00 % | 0.00 % | Unsecured |
| 00007 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 890.17 | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00008 | Capital One Bank USA NA<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC  28272-1083 | 823.73 | 0.00 % | 0.00 % | Unsecured |
| 00009 | Columbus Cardiology Care<br>745 W. State St. Suite 610<br>Columbus, OH  43222 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00010 | Consultant Anesthesiologists Inc<br>PO box 347<br>Blacklick, OH  43004 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00012 | Emergency Service Inc<br>PO Box 781308<br>Detroit, MI  48278 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00013 | Emergency Services Inc<br>PO Box 932888<br>Cleveland, OH  44193 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00014 | Fairfield Medical Center<br>Po Box 94913<br>Cleveland, OH  44101 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00017 | Health First Financial<br>PO Box 7887<br>,  97475 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00018 | ID Med Inc<br>PO Box 305<br>Clendenin, WV  25045 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00002 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 3,252.24 | 100.00 % | 0.00 % | Priority |
| 00033 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 895.17 | 0.00 % | 0.00 % | Unsecured |
| 00015 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 799.65 | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00016 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 502.79 | 0.00 % | 0.00 % | Unsecured |
| 00019 | JP Recovery Services Inc.<br>PO Box 16749<br>Rocky River, OH 44116-0749 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00020 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | 998.36 | 0.00 % | 0.00 % | Unsecured |
| 00021 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | 998.65 | 0.00 % | 0.00 % | Unsecured |
| 00031 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | 475.90 | 0.00 % | 0.00 % | Unsecured |
| 00032 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | 462.51 | 0.00 % | 0.00 % | Unsecured |
| 00022 | Mount Carmel Physicians<br>PO Box 634323<br>Cincinnati, OH 45263 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00023 | Mt Carmel Health<br>PO Box 89458<br>Cleveland, OH 44101 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00024 | Mt Carmel Lab Services<br>PO box 932765<br>Cleveland, OH 44193 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00025 | Mt Carmel West<br>PO Box 89458<br>Cleveland, OH 44101 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00026 | Pcb<br>5500 New Albany Rd<br>New Albany, OH 43054 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00027 | Pcb<br>5500 New Albany Rd<br>New Albany, OH  43054 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00028 | Pcb<br>5500 New Albany Rd<br>New Albany, OH  43054 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00004 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 2,363.18 | 0.00 % | 0.00 % | Unsecured |
| 00029 | Premier Anesthesia of Ohio<br>PO Box 678155<br>Dallas, TX  75267 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00034 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | 974.28 | 0.00 % | 0.00 % | Unsecured |
| 00030 | Radiology Incorporated<br>PO Box 371863<br>Pittsburgh, PA  15250 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00011 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 1,116.14 | 0.00 % | 0.00 % | Unsecured |
| | TOTAL | 29,577.73 | | | |
| 00000 | Karen E Hamilton<br>31 East Whittier Street<br>Columbus, OH  43206 | 3,000.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: September 16, 2016

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Donald G Walker : CASE NO: 16-52171
Christy L Walker

: CHAPTER 13

: JUDGE: C KATHRYN PRESTON

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Karen E Hamilton

and on the following by **ordinary U.S. Mail addressed to:**

Donald G Walker
Christy L Walker
2791 Terrace St
Millersport, OH 43046

**See Creditor Matrix**
**All Creditors and Parties in Interest**

| | | |
|---|---|---|
| Merrick Bank/Geico Card<br>Po Box 23356<br>Pittsburg, PA 152220000 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 198990000 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 563029617 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 571070000 | Fairfield Medical Center<br>PO Box 94913<br>Cleveland, OH 441010000 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 300760000 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 551130004 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 191017346 | Synchrony Bank/ HH Gregg<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 300760000 |
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 891930000 | Mount Carmel Physicians<br>PO Box 634323<br>Cincinnati, OH 452630000 | Columbus Cardiology Care<br>745 W. State St. Suite 610<br>Columbus, OH 432220000 |
| Donald G Walker<br>2791 Terrace St<br>Millersport, OH 430460000 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 480900000 | Christy L Walker<br>2791 Terrace St<br>Millersport, OH 430460000 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 296030368 | Emergency Service Inc<br>PO Box 781308<br>Detroit, MI 482780000 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 980830788 |
| Pcb<br>5500 New Albany Rd<br>New Albany, OH 430540000 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 554380000 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 841300000 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 296030587 | Mt Carmel West<br>PO Box 89458<br>Cleveland, OH 441010000 | Emergency Services Inc<br>PO Box 932888<br>Cleveland, OH 441930000 |
| Mt Carmel Lab Services<br>PO box 932765<br>Cleveland, OH 441930000 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 432160000 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 432160000 |
| Radiology Incorporated<br>PO Box 371863<br>Pittsburgh, PA 152500000 | Consultant Anesthesiologists Inc<br>PO box 347<br>Blacklick, OH 430040000 | JP Recovery Services Inc.<br>PO Box 16749<br>Rocky River, OH 441160749 |
| ID Med Inc<br>PO Box 305<br>Clendenin, WV 250450000 | Health First Financial<br>PO Box 7887<br>, 974750000 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 235410000 |
| Premier Anesthesia of Ohio<br>PO Box 678155<br>Dallas, TX 752670000 | Mt Carmel Health<br>PO Box 89458<br>Cleveland, OH 441010000 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte, NC 282721083 |