IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DONALD WALKER       CHRISTY WALKER | ) CASE NO. 16-52171 )  ) CHAPTER 13 )  ) JUDGE PRESTON |

NOTICE OF CHANGE OF ADDRESS

    Now comes the Debtors, by and through Counsel, and hereby notify the court of A change of mailing Address for Debtor Donald & Christy Walker.

        702 Royal Palm Court
        Columbus, OH 43207

        /s/ Karen E. Hamilton, #0064808
        Attorney for Debtors
        31 E. Whittier Street
        Columbus, Ohio 43206
        (614) 443-7920
        (614) 443-7922 fax

## CERTIFICATE OF SERVICE

I hereby certify that, a copy of the Debtor's Change of mailing Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

And by ordinary U.S. Mail on June 30, 2017 addressed to:

Donald & Christy Walker
702 Royal Palm Court
Columbus, OH 43207

/s/ Karen E. Hamilton, #0064808
Attorney for Debtors
31 E. Whittier St.
Columbus, Ohio 43206
(614) 443-7920
(614) 443-7922 fax